UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WVUE 2015-1, )<br>)<br>　　　　Plaintiff ) <br>)<br>v. )<br>)<br>DOONAN, GRAVES & LONGORIA, LLC, )<br>and )<br>JOHN A. DOONAN, ESQ., )<br>)<br>　　　　Defendants ) | Case No. 2:19-CV-00364-JDL |

**CORPORATE DISCLOSURE STATEMENT OF
<u>PLAINTIFF WVUE 2015-1</u>**

Pursuant to Local Rule 7.1, Plaintiff WVUE 2015-1, by and through the undersigned counsel, hereby states that no person or entity owns 10% or more of its stock and has no parent company.

Dated:  August 15, 2019

　　　　　　　　　　　　　　　　　　　/s/ Lee H. Bals
　　　　　　　　　　　　　　　　　　　Lee H. Bals

　　　　　　　　　　　　　　　　　　　MARCUS|CLEGG
　　　　　　　　　　　　　　　　　　　16 Middle Street, Unit 501
　　　　　　　　　　　　　　　　　　　Portland, ME  04101-5166
　　　　　　　　　　　　　　　　　　　(207) 828-8000
　　　　　　　　　　　　　　　　　　　lbals@marcusclegg.com

## CERTIFICATE OF SERVICE

      I, Lee H. Bals, hereby certify that on August 15, 2019 this document was filed and served electronically and is available for viewing and downloading via ECF system, to all counsel of record.

                                    /s/ Lee H. Bals
                                    Lee H. Bals