UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WVUE 2015-1 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:19-cv-00364-JDL |
| v. | ) | |
| | ) | |
| DOONAN, GRAVES & LONGORIA, LLC, et al | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**

NOW COME Defendants Doonan, Graves & Longoria, LLC and John A. Doonan, by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and hereby respectfully request an extension of time to serve responsive pleadings under Rule 12(a).

Defendants request an extension to answer the complaint to October 3, 2019.  Defendant Doonan, Graves & Longoria, LLC was served on August 13, 2019.  The current response deadline for Defendant Doonan, Graves & Longoria, LLC is therefore September 3, 2019.  Fed. R. Civ. P. 12(a)(1)(A)(i).  The summons issued to John A. Doonan has not been formally served; but service would be acknowledged or waived by the undersigned upon the granting of this Unopposed Motion to Extend.

It will serve the interests of judicial economy to have both Defendants' answers filed jointly on the same date.  In addition, the undersigned was retained on this matter today (August 28, 2019), and will need this additional time to prepare an answer to the complaint on behalf of both Defendants.  The undersigned has consulted with Plaintiff's counsel, Lee H. Bals, Esq., who

1

has indicated that Plaintiff does not object to setting the response deadline for both Defendants under Rule 12(a) to and including October 3, 2019.

WHEREFORE, Defendants respectfully request that their deadline to answer the complaint be extended to and including October 3, 2019.

Dated at Portland, Maine this 28th day of August, 2019

NORMAN, HANSON & DETROY, LLC

/s/ Russell B. Pierce, Jr.
Russell B. Pierce, Jr., Esq.
Mark G. Lavoie, Esq.
Attorneys for Defendants

Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
rpierce@nhdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I electronically filed **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Russell B. Pierce, Jr.
Russell B. Pierce, Jr., Esq.
Attorney for Defendants

Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
rpierce@nhdlaw.com